IN THE UNITED STATES BANKRUPTCY COURT

EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:  JOHN PAYNE  CASE NO: 4:18-bk-1722
FRANCES PAYNE
DEBTORS  CHAPTER 13

## OBJECTION TO CLAIM OF ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION

Comes now Debtors, John Payne and Frances Payne, by and through counsel, Mickey Stevens, and for their Objection to Claim of Arkansas Department of Finance and Administration states as follows:

1. The Arkansas Department of Finance and Administration (DFA) filed a Proof of Claim form the amount of $16,015.35 in this matter on November 15, 2018.

2. DFA alleges this claim is secured by Debtors' real and personal property.

3. The value of the Debtors' property is insufficient to secure the claim filed by DFA.

4. Debtors own real property located at 1205 West Childress Street in Morrilton, Arkansas (hereinafter "the property").

5. Debtors have a mortgage on the property held by Nationstar Mortgage, LLC. The current balance on the mortgage loan is approximately $87,772.00.

6. Debtors contend that the value of the property is less than the amount currently owed on the mortgage and there is no value to which any other liens may attach. Debtors do not own any other non-exempt property to which liens may attach.

7. Therefore, the claim filed by DFA should be treated as an unsecured claim for purposes of the Chapter 13 Plan.

8. In support of Debtors' contention, records from the Conway County Assessor's office are attached which show a total value for year 2017 as $58,650.

9. Additionally, Debtors' have attached information regarding comparable sales and listings and an analysis which indicates a probable value range which is much lower than the current mortgage balance. The available market data would not support a valuation that would provide any value to which DFA's lien could attach.

10. Debtors' ask that, pursuant to 11 U.S.C. § 506, the Court determine the secured status of the claim filed by DFA.

11. In support of this motion, Debtors attach the following exhibits:

Exhibit 1: Report from Conway County Assessor's website
Exhibit 2: Market Data Analysis
Exhibit 3: Comparable Sale information – 403 N. Cedar St.
Exhibit 4: Comparable Sale information – 807 N. Morrill St.
Exhibit 5: Comparable Sale information – 304 S. Morrill St.
Exhibit 6: Comparable Listing information – 1204 Magnolia Dr.
Exhibit 7: Comparable Listing information – 205 Massey St.
Exhibit 8: Comparable Listing information – 1507 Grant St.
Exhibit 9: Comparable Listing information – 407 Cherry St.
Exhibit 10: Comparable Listing information – 607 W. Childress St.
Exhibit 11: Aerial photo of subject with surrounding property values from Zillow.com
Exhibit 12: Pictures of subject property

WHEREFORE, Debtors pray that the Court find that the claim filed by DFA is unsecured and that the Chapter 13 Plan be confirmed, and for all other relief to which they may be entitled.

Respectfully submitted,

By: /s/ Mickey Stevens
Mickey Stevens, # 2012141
Attorney
American Bankruptcy Associates, PLLC
2615 N. Prickett Rd., Suite 2
Bryant, AR 72022
501-481-8923
mickeystevens@outlook.com

2

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that copies of the foregoing document have been served via First Class Mail, U.S. Postage Service and via the CM/ECF system to the following:

Michelle Baker
Office of Revenue Legal Counsel
PO Box 1272, Rm 209
Little Rock, AR 72203

I, the undersigned, hereby certify that copies of the foregoing document have been served via the CM/ECF system to all parties registered to receive electronic noticing in the case including the following:

Michelle Baker
Office of Revenue Legal Counsel
PO Box 1272, Rm 209
Little Rock, AR 72203

Joyce Bradly Babin, Trustee
PO Box 8064
Little Rock, AR 72203

                                                      */s/ Mickey Stevens*