Official Form 420B  (Notice of Objection to Claim) (12/16)

# United States Bankruptcy Court
## Eastern District of Arkansas

| | | |
|---|---|---|
| In re | John Payne ) <br> Frances Payne ) <br> Debtors ) <br> ) | Case No. 4:18-bk-15722 |
| Address | 1205 W. Childress St.   Morrilton, AR 72110  ) <br> ) | Chapter 13 |
| Last four digits of Social Security or Individual Tax-payer <br> Identification (ITIN) No(s).,(if any): 2412, 8366 | ) <br> ) | |

## NOTICE OF OBJECTION TO CLAIM

Debtors, John Payne and Frances Payne have filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then on or before January 20, 2019, you or your lawyer must, file with the court a written response to the objection, explaining your position with the Bankruptcy Court at 300 West 2nd St., Little Rock, Arkansas 72201
If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also send a copy to:

**Mickey Stevens**
**American Bankruptcy Associates, PLLC**
**2615 N. Prickett Rd., Ste 2**
**Bryant, AR 72022**

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

| | |
|---|---|
| Date: December 21, 2018 | Signature: */s/ Mickey Stevens*_____ <br> Mickey Stevens, # 2012141 <br> Attorney <br> American Bankruptcy Associates, PLLC <br> 2615 N. Prickett Rd., Suite 2 <br> Bryant, AR 72022 <br> 501-481-8923 <br> mickeystevens@outlook.com |

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that copies of the foregoing document have been served via First Class Mail, U.S. Postage Service and via the CM/ECF system to the following:

Michelle Baker
Office of Revenue Legal Counsel
PO Box 1272, Rm 209
Little Rock, AR 72203

I, the undersigned, hereby certify that copies of the foregoing document have been served via the CM/ECF system to all parties registered to receive electronic noticing in the case including the following:

Michelle Baker
Office of Revenue Legal Counsel
PO Box 1272, Rm 209
Little Rock, AR 72203

Joyce Bradly Babin, Trustee
PO Box 8064
Little Rock, AR 72203

*/s/ Mickey Stevens*